UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
11th CIRCUIT

FILED
6-26-20
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

3:15-cr-14-J-39 PDB

DATE 6/10/2020

IN RE: BRANDON POOLER

MOTION REQUEST FOR REDUCTION OR MODIFYING OF SENTENCE UNDER COMPASSIONATE RELEASE 3582(c)(1)(A) EXTRAORDINARY AND COMPELLING REASONS. COVID-19

A.) PETITIONER POOLER REQUEST TO THE COURT'S FOR CONSIDERATION UNDER 18 U.S.C. COMPASSIONATE RELEASE EXTRAORDINARY AND COMPELLING REASONS.

B.) PETITIONER POOLER IS FACED WITH VERY SERIOUS MEDICAL ISSUES THAT COULD BE DETRIMENTAL TO HEALTH IF THE "CORONA VIRUS" INFECTS HIM.

MEDICAL CONDITIONS

1). HIV VIRUS A CHRONIC AND POTENTIAL TERMINAL ILLNESS.

C.) FOR THE ABOVE REASON I AM APPEALING TO THE COURT'S FOR CONSIDERATION FOR COMPASSIONATE RELEASE UNDER 3582(c)(1)(A) DUE TO MY MEDICAL CONDITIONS, AND THE PANDEMIC THAT AFFECTS THE VULNERABILITY OF A PERSON'S AGE, MEDICAL CONDITIONS, HIGH-RISK AREAS ETC.

"CENTER FOR DISEASE CONTROL" (CDC)

D.) ACCORDING TO THE CENTER FOR DISEASE CONTROL (CDC) IT GIVES GUIDANCE TO WHOM FALLS IN THE CATEGORY OF THE MOST VULNERABLE. PETITIONER POOLER, FALLS WITHIN THE CATEGORY OF BEING A HIGH RISK FACTOR AND BEING SUBJECTED IN A HIGH SPICE ENVIRONMENT. U.S.P. LEWISBURG BEING ONE.

-1-

E.) AT F.C.I ESTILL SOUTH CAROLINA, THERE WAS AN OUTBREAK DURING THE MONTH OF JANUARY WHICH WAS WHEN A FEW CASES OF THE VIRUS WAS MADE KNOWN PUBICLY. F.C.I ESTILL WENT ON QURANTINE LOCKDOWN, AT THAT TIME INMATE'S REQUESTED TO GET TESTED BUT WERE DENIED BY MEDICAL STAFF SAYING THAT "IT'S JUST THE FLU". A COUPLE OF INMATES MYSTERIOUSLY DIED.

(RESONABLY CONCERN AMIST THE PANDEMIC)

F.) I BECAME CONCERNED BECAUSE OF MY MEDICAL CONDITION, AND WHEN WE CAME OFF OF QURANTINE ABOUT A WEEK LATER AND FEBRUARY-MARCH THE PANDEMIC BECAME A REALITY. WE WENT FROM A MODIFIED LOCKDOWN/ SOCIAL DISTANCING TO COMPLETE LOCKDOWN, DUE TO THE OUTBREAKS TAKEN PLACE THROUGHOUT THE BUREAU OF PRISONS.

(TORNADO DURING PANDEMIC)

G.) DURING THE MONTH OF **APRIL** WHILE BEING LOCKED DOWN/QURANTINE, APRIL 13th AT 5:45 AM A TORNADO RIPPED THROUGH F.C.I ESTILL DESTROYING, THE PRISON BUT SPAIRED INMATE'S LIVES. APRIL 14th THEY BEGAN AN EMERGENCY EVACUATION TO HERE, AT U.S.P LEWISBURG, PA

(PSYCHOLOGICAL TRUAMA EXTRAORDINARY AND COMPELLING REASONS)

H.) NOW I LIKE OTHERS ARE FACED WITH ANOTHER CRISIS, BEING BROUGHT TO PA WHICH IS A HOTSPOT FOR COVID-19 AND THE SITE OF WATCHING AND FEELING THE TORNADO AS IT WAS UPROOTING MASSIVE TREES AROUND THE PRISON, **DEBRIS** AND FENCES AROUND THE PRISON. MY CELL RUMBLED SO LOUD AND HARD, I AM SHOCKED WE SURVIVED. IT WAS AN EXPERIENCE UNLIKE ANY OTHER.

I.) LEWISBURG U.S.P UNITED STATES PENITENTIARY IS A VERY OLD PRISON, DURING OUR ARRIVAL HERE WE WERE HOUSED IN UNITS OR CELL BLOCKS THAT HAVE BEEN CLOSED FOR YEARS. IT HAD NOT BEEN SANITIZED AND WERE AND ARE **FORCED** TO LIVE IN AND INHALE PIGEON FECES AND CAT FECES

-2-

IT IS AN OID AND UNSAFE ENVIRONMENT WITH POOR VENTILATION, SO IF WE GET THE "VIRUS" WE ARE FIGHTING AGAINST OUR CONDITIONS THAT MAKES US MORE SUSEPTABLE TO GETTING SICK.

J.) THERE IS ANOTHER SIDE TO THIS PRISON THATS BEEN REMODELED, RENOVATED, AND UP TO STANDARD. SO NOW IT'S JUST NOT THE VIRUS THATS A **THREAT** BUT KNOWING THE CONSEQUENCES OF BEING IN AN OLD UNSAFE CODE VIOLATING ENVIRONMENT.

K.) STATUTORY REFORM AMONG EXTRAORDINARY AND COMPELLING REASONS UNDER 18 U.S.C 3582 (C)(1)(A) UNDER THE FIRST STEP ACT.

1.) THE COMPASSIONATE RELEASE JURISPRUDENCE AND THE CHANGES TO 3582 (C)(1)(A) BROUGHT BY THE FIRST STEP ACT, GIVES THE COURT AND NOT THE DIRECTOR OF THE BUREAU OF PRISONS TO DETERMINE WHETHER THERE IS AN EXTRAORDINARY AND COMPELLING REASON "TO REDUCE A SENTENCE."

2.) SO PETITIONER APPEALS TO THIS COURT UNDER THESE EXTRAORDINARY CIRCUMSTANCES THE PANDEMIC, THE TORNADO, AND THE SOCIAL AND CIVIL UNREST. WE ARE FACING SOME EXTRAORDINARY AND COMPELLING CIRCUMSTANCES, DAYS OF LAMENTATION, DAY THAT ARE PSYCHOLOGICALLY CHALLENGING...

INSPITE OF MEDICAL CONDITIONS, ALONG WITH THE EFFECTS OF EXPERIENCING THIS PANDEMIC, THE TORNADO AND SOCIAL AND CIVIL UNREST, I PLAN TO LEAVE PRISON 10/2023. I AM 37 YEARS OLD. I DO HAVE A GREAT FAMILY SUPPORT SYSTEM, AS WELL AS TIES TO THE COMMUNITY.

I STRUGGLE WITH KNOWING HOW SUSEPTIBLE MY BODY IS BECAUSE OF MY MEDICAL CONDITION, AND THAT'S HARDER ON ME THAN THE PANDEMIC.

I CAN FORWARD MY MEDICAL RECORDS AS NEEDED OR AS SOON AS POSSIBLE

SINCERLY SUBMITTED

BRANDON POOLER