UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:15-cr-14-BJD-PDB |
| v. | |
| BRANDON POOLER,<br>    Defendant. | |

### DEFENDANT'S FIRST SUPPLEMENT TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

**COMES NOW** the Defendant, BRANDON POOLER, by and through the undersigned Counsel, and respectfully supplements Defendant's Motion for Compassionate Release (Doc. 50), as follows:

1. Pending before the Court is Defendant's *pro se* motion to reduce or modify Defendant's sentence. (Doc. 50) ("Motion").

2. The Court appointed the undersigned Counsel to represent the Defendant on July 6, 2020. (Doc. 52).

3. The Court previously entered two Orders, enlarging the time within which Defendant may supplement his motion. (Doc. 55, 57).

4. Defendant is a 37 year-old inmate who is incarcerated at US Peniteniary Lewisburg, Pennsylvania.

5. On October 28, 2015, Defendant was sentenced to 120 months imprisonment, followed by 36 months of supervised release. The federal Bureau of Prisons expects Defendant to be released from prison on or about August 12, 2023.

6. Defendant suffers from asthma and the human immunodeficiency virus ("HIV"). In support of this allegation, Defendant attaches hereto medical records from a recent physician appointment that Defendant had on June 25, 2020.

7. Due to both of these conditions, Defendant is part of a small population of inmates that is uniquely vulnerable to death or grave illness if exposed to the coronavirus.

8. Additionally, Defendant is currently incarcerated in a facility that has struggled to contain coronavirus outbreaks among both staff and inmates.

9. Despite the government's best of intentions, it is simply powerless to guarantee Defendant's health and welfare in the current COVID environment.

10. Prior to filing his Motion, Defendant exhausted his administrative remedies by filing a request with his warden for consideration for compassionate release.

11. Defendant is from Orlando, Florida and most recently before being imprisoned, he lived in Jacksonville, Florida. His mother, brother, and step-father all live in Jacksonville, while Defendant's daughter and daughter's mother live in Deltona, Florida.

12. Defendant believes that the Court could ensure the safety of the community and achieve the government's objectives of both punishment and rehabilitation by confining the Defendant to house arrest with Defendant's daughter and his daughter's mother in Deltona, Florida for the duration of Defendant's period of incarceration.

13. Defendant respectfully requests that the Court convene an evidentiary hearing on the Defendant's Motion and, thereupon, grant the Motion.

**WHEREFORE**, Defendant BRANDON POOLER respectfully requests the entry of an Order, granting Defendant's Motion for Compassionate Release.

Dated September 24, 2020.               **THE BONDERUD LAW FIRM, P.A.**

*/s/ Andrew Bonderud*
Andrew M. Bonderud, Esq.
Florida Bar No. 102178
301 W. Bay Street, #1433
Jacksonville, FL 32202
904-438-8082 (office)
904-800-1482 (facsimile)
Andrew@Jax.Lawyer
BonderudLaw@gmail.com
*Counsel for Defendant*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on September 24, 2020, I filed the foregoing document with the Clerk of Court via the CM/ECF system, which will send a true and accurate copy thereof via email to Assistant United States Attorney Arnold B. Corsmeier, Esq.

**/s/ *Andrew Bonderud***
Attorney

Inmate Name: POOLER, BRANDON                                  Reg #: 61960-018

Inmate Name:   POOLER, BRANDON                                      Reg #:   61960-018